# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 14-5018**                    **September Term, 2014**

**1:13-cv-00623-PLF**

**Filed On:** September 4, 2014

Jacqueline Halbig, et al.,

       Appellants

    v.

Sylvia Mathews Burwell, in her official
capacity as U.S. Secretary of Health and
Human Services, et al.,

       Appellees

**BEFORE:**    Garland, Chief Judge, and Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges

**O R D E R**

Upon consideration of appellees' petition for rehearing en banc, the response thereto, and the vote in favor of the petition by a majority of the judges eligible to participate, it is

**ORDERED** that the petition be granted. Case No. 14-5018 will be reheard by the court sitting en banc. It is

**FURTHER ORDERED** that the judgment filed July 22, 2014, be vacated. It is

**FURTHER ORDERED** that the oral argument before the en banc court be heard at 9:30 a.m. on Wednesday, December 17, 2014, in Courtroom #20, Sixth Floor. It is

**FURTHER ORDERED** that, in addition to filing briefs electronically, the parties file 30 paper copies of each of their briefs and the appendix, in accordance with the following schedule:

| | |
|---|---|
| Brief for Appellants | October 3, 2014 |
| Joint Appendix | October 3, 2014 |
| Brief(s) for Amici Curiae for Appellants | October 3, 2014 |

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

## No. 14-5018                    September Term, 2014

Brief for Appellees                                  November 3, 2014

Brief(s) for Amici Curiae for Appellees    November 3, 2014

Reply Brief for Appellants                        November 17, 2014

      Parties are directed to hand deliver the paper copies of their briefs to the Clerk's office by the date due. To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Procedures 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Because the briefing schedule is keyed to the date of oral argument, the court will grant requests for extension of time limits only for extraordinarily compelling reasons. The briefs and appendix must contain the date the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

      A separate order will issue regarding allocation of oral argument time.

**Per Curiam**

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

        BY:    /s/
                  Michael C. McGrail
                  Deputy Clerk